IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY MALSKOFF AND KENNETH IRVINE, individually and on behalf of all others,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK INC., CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA (UK) LTD., CAMBRIDGE ANALYTICA LLC, ROBERT MERCER, and ALEKSANDR KOGAN,<br><br>　　Defendants. | Civil Action No. 2:18-cv-04451-ES-JAD<br><br>ELECTRONICALLY FILED |

## NOTICE OF ATTORNEY APPEARANCE

　　Please take notice that the undersigned, who is admitted to practice before this Court, hereby enters his appearance as counsel for Defendant Facebook, Inc., in the above-captioned case.

Dated: May 10, 2018

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**

　　　　　　　　　　　　　　　　By:　*/s/ Marshall R. King*
　　　　　　　　　　　　　　　　　　Marshall R. King
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER, LLP
　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　New York, N.Y. 10166
　　　　　　　　　　　　　　　　　　Tel: 212.351.2400
　　　　　　　　　　　　　　　　　　Fax: 212.351.6335
　　　　　　　　　　　　　　　　　　Email: mking@gibsondunn.com

　　　　　　　　　　　　　　　　*Attorneys for Defendant Facebook, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2018, I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's electronic filing system.

                                          /s/ *Marshall R. King*
                                          Marshall R. King