# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Marshall R. King
Direct: +1 212.351.3905
Fax: +1 212.351.5243
MKing@gibsondunn.com

May 10, 2018

**VIA ECF**
Hon. Joseph A. Dickson, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**RE:**   *Jay Malskoff and Kenneth Irvine, et al. v. Facebook, Inc., et al.*
          *Civil Action No. 2:18-cv-04451-ES-JAD*

Dear Judge Dickson,

We represent Defendant Facebook, Inc. ("Facebook"), in the above-referenced action.
Enclosed for Your Honor's consideration are certifications and a proposed order supporting
Defendant's application for the *pro hac vice* admissions of Kristen Andrea Linsley, Joshua S.
Lipshutz, Orin Snyder, and Brian M. Lutz, of Gibson, Dunn & Crutcher, LLP.

If the attached papers meet with Your Honor's approval, we respectfully request that you
sign the attached order and have it entered on the docket. Thank you for your consideration
of this matter.

Respectfully submitted,

*/s/ Marshall R. King*
Marshall R. King

Enclosures

cc:  Counsel of Record (via ECF)

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.