IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY MALSKOFF AND KENNETH IRVINE, individually and on behalf of all others,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>FACEBOOK INC., CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA (UK) LTD., CAMBRIDGE ANALYTICA LLC, ROBERT MERCER, and ALEKSANDR KOGAN,<br><br>　　Defendants. | Civil Action No. 2:18-cv-04451-ES<br><br>**ELECTRONICALLY FILED** |

**CERTIFICATION OF MARSHALL R. KING
IN SUPPORT OF APPLICATION FOR ADMISSIONS *PRO HAC VICE***

　　I, MARSHALL KING, an attorney duly admitted to practice law in the Courts of the State of New Jersey, the United States District Court for the District of New Jersey, and the State of New York, and of full age, certify pursuant to Local Civil Rule 101.1(c), as follows:

　　1.　　I am a member of the law firm of Gibson, Dunn & Crutcher, LLP, attorneys for Defendant Facebook, Inc. ("Facebook"), in the above-captioned matter. I submit this Certification in support of Facebook's application seeking admissions of Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz of Gibson, Dunn & Crutcher, LLP, as counsel *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Certification.

　　3.　　I am in good standing in all of the bars of which I am a Member. I have never been subjected to any discipline by any court or governing body.

　　4.　　If the Court grants the *pro hac vice* admissions of Kristen Andrea Linsley, Joshua

1

S. Lipshutz, Orin Snyder, and Brian M. Lutz, I will continue to serve as local counsel of record in this matter, will review and sign all pleadings, briefs and other papers filed with the Court, will be responsible for the conduct of this action and for the conduct of the attorneys admitted *pro hac vice*, will accept service of all papers filed with the Court, will appear at all scheduled Court proceedings, and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

5.  If the Court grants the *pro hac vice* admissions of Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz , I will ensure that *pro hac vice* counsel will comply with Local Civil Rule 101.1(c).

6.  For the foregoing reasons and for the reasons set forth in the Certifications of Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz, it is respectfully requested that the Court grant Facebook's application to permit Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz to appear *pro hac vice* and participate as Facebook's counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 10, 2018

/s/  Marshall R. King
Marshall R. King