IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY MALSKOFF AND KENNETH IRVINE, individually and on behalf of all others,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK INC., CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA (UK) LTD., CAMBRIDGE ANALYTICA LLC, ROBERT MERCER, and ALEKSANDR KOGAN,<br><br>    Defendants. | Civil Action No. 2:18-cv-04451-ES-JAD<br><br>ELECTRONICALLY FILED |

### CERTIFICATION OF JOSHUA S. LIPSHUTZ
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Joshua S. Lipshutz, of full age, hereby certify:

1. I am an attorney-at-law and admitted to the Bar of the State of California, the Bar of the State of Massachusetts, and the District of Columbia. I am a partner of the firm Gibson, Dunn & Crutcher, LLP, attorneys for Defendant Facebook, Inc. in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar for the State of California in 2006 (Bar ID 242557) and am a member in good standing.

3. The address of the State Bar of California, the entity that maintains the listing of all attorneys in good standing for the California Bar, is:

   State Bar of California
   180 Howard Street
   San Francisco, CA 94105

An online database of all attorneys in good standing for the California Bar can be found at http://members.calbar.ca.gov/fal/MemberSearch/FindLegalHelp.

4. I was admitted to the Bar for the State of Massachusetts in 2009 (Bar ID 675305) and am a member in good standing.

5. The address of the Massachusetts Board of Bar Overseers, the entity that maintains the listing of all attorneys in good standing for the Massachusetts Bar, is:

> Massachusetts Board of Bar Overseers
> 99 High Street, 2nd Floor
> Boston, MA 02110

An online database of all attorneys in good standing for the State of Massachusetts can be found at https://www.massbbo.org/.

6. I was admitted to the Bar for the District of Columbia in 2016 (1033391) and am a member in good standing.

7. The address for the District of Columbia Court of Appeals, the entity that maintains the listing of all attorneys in good standing for the District of Columbia Bar, is:

> D.C. Court of Appeals
> 430 E Street N.W., Room 123
> Washington, D.C. 20001

An online database of all attorneys in good standing for the District of Columbia Bar can be found at http://www.dcbar.org/find_a_member/index.cfm.

8. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

9. I submit this certification in support of the application by defendant Facebook, Inc. ("Facebook"), to permit me to appear and participate, *pro hac vice*, as counsel for Facebook in all matters in this action.

10. I am associated in this matter with Marshall King, Esq., a member of Gibson, Dunn & Crutcher, L.L.P., who is the attorney of record for Facebook, is authorized to practice law in the State of New Jersey, and is a member in good standing of the bar of this court.

11. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a), for any year in which I continue to appear in this matter.

12. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall promptly make payment to the Clerk of the United States District Court in the amount of $150.00 pursuant to Local Civil Rule 101.1(c)(3).

13. I will abide by Local Civil Rule 101.1(c).

14. I understand that, upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this court and agree to notify the Court immediately of any matter affecting my standing at the bar of any other court.

15. For the foregoing reasons, it is respectfully requested that the Court grant Facebook's application to have me admitted *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 10, 2018

/s/Joshua S. Lipshutz
Joshua S. Lipshutz