# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JAY MALSKOFF, ET AL.,
*Plaintiff*

             V.        **SUMMONS IN A CIVIL CASE**

FACEBOOK, INC., ET AL.,
*Defendant*

CASE NUMBER: 2:18-CV-04451-ES-JAD

TO: *(Name and address of Defendant):*

    Cambridge Analytica LLC
    c/o Corporation Trust Company
    1209 Orange Street
    Corporation Trust Center
    Wilmington, DE 19801

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Stephen A. Weiss
        Christopher L. Ayers
        SEEGER WEISS LLP
        55 Challenger Rd., 6th Fl.
        Ridgefield Park, NJ 07660

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**Donato Marucci**
(By) DEPUTY CLERK

ISSUED ON 2018-03-28 15:09:14, Clerk
USDC NJD

Case 2:18-cv-04451-ES-JAD   Document 2   Filed 03/28/18   Page 2 of 2 PageID: 41

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/3/18 | @ 2:45 pm |
| NAME OF SERVER (PRINT) Richard Craig | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served The Corporation Trust Company c/o Amy McLaren

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/3/18
              Date                    Signature of Server

230 N. Market St. Wilmington DE
Address of Server