IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY MALSKOFF AND KENNETH IRVINE, individually and on behalf of all others,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FACEBOOK INC., CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA (UK) LTD., CAMBRIDGE ANALYTICA LLC, ROBERT MERCER, and ALEKSANDR KOGAN,<br><br>　　　　Defendants. | Civil Action No. 2:18-cv-04451-ES-JAD<br><br>ELECTRONICALLY FILED |

### [~~PROPOSED~~] ORDER GRANTING *PRO HAC VICE* ADMISSIONS OF KRISTEN ANDREA LINSLEY, JOSHUA S. LIPSHUTZ, ORIN SNYDER, AND BRIAN M. LUTZ

This matter having been opened to the court by Gibson, Dunn, & Crutcher, LLP, attorney for Defendant Facebook, Inc. ("Facebook"), Marshall King appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz, of Gibson, Dunn & Crutcher, LLP, to appear and participate *pro hac vice* on behalf of Facebook; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good case shown,

IT IS on this 14th day of May 2018,

ORDERED that Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz, of Gibson, Dunn & Crutcher, LLP, members in good standing of the Bars in which they are admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on

1

behalf of Defendant shall be signed by Marshall King, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

FURTHER ORDERED that Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz make payment to the Clerk of the Court of this Court in the amount of $150.00; and it is

FURTHER ORDERED that Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
HON. JOSEPH A. DICKSON
United States Magistrate Judge