UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| JAY MALSKOFF and KENNETH IRVINE<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA (UK) LTD., CAMBRIDGE ANALYTICA LLC, ROBERT MERCER, and ALEKSANDR KOGAN<br><br>Defendants. | CASE NO. 2:18-CV-04451-ES-JAD<br><br>**STIPULATION AND ORDER** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the Plaintiffs Jay Malskoff and Kenneth Irvine and Defendant Facebook, Inc., that this action is stayed until a decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, at which point the parties will meet and confer regarding deadlines to respond to Plaintiffs' complaint.

**GIBSON DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
(212) 351-4000

By: /s/ Marshall King.

**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

By: /s/ James E. Cecchi
James E. Cecchi
jcecchi@carellabyrne.com

**IT IS SO ORDERED**

DATED: 5/16, 2018

_____

Hon. Joseph A. Dickson
United States Magistrate Judge