IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAY MALSKOFF** AND **KENNETH IRVINE**, individually and on behalf of all others,<br><br>    Plaintiff,<br><br>v.<br><br>**FACEBOOK INC., CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA (UK) LTD., CAMBRIDGE ANALYTICA LLC, ROBERT MERCER, and ALEKSANDR KOGAN,**<br><br>    Defendants. | Civil Action No. 2:18-cv-04451-ES-JAD |

**SUGGESTION BY DEFENDANT FACEBOOK, INC. OF BANKRUPTCY OF <u>DEFENDANT CAMBRIDGE ANALYTICA LLC</u>**

Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica, LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018).  Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

Dated: May 18, 2018											Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By: /s/ Marshall R. King
Marshall R. King (SBN 023301991)
mking@gibsondunn.com
Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (*pro hac vice*)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Kristin A. Linsley (*pro hac vice*)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I caused a copy of the foregoing document to be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ Marshall R. King
Marshall R. King