# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAY MALSKOFF and KENNETH IRVINE, individually and on behalf of all others,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA(UK) LTD., CAMBRIDGE ANALYTICA LLC, ROBERT MERCER AND ALEKSANDR KOGAN<br><br>Defendants. | Civil Action No. 2:18-cv-04451-ES-JAD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Christopher A. Seeger of the law firm Seeger Weiss LLP hereby appears in this action as an attorney for Plaintiffs Jay Malskoff and Kenneth Irvine in the above-captioned action and respectfully requests that all notices, correspondence, filings, orders and other papers in this action be served upon him at the address listed below.

Dated: May 23, 2018

By: *s/ Christopher A. Seeger*
Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Fl.
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
Email: cseeger@seegerweiss.com

*Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

      *s/ Christopher A. Seeger*
      Christopher A. Seeger