# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:18–cv–04451–ES–JAD

| | |
|---|---|
| MALSKOFF et al v. FACEBOOK, INC. et al | Date Filed: 03/27/2018 |
| Assigned to: Judge Esther Salas | Date Terminated: 06/07/2018 |
| Referred to: Magistrate Judge Joseph A. Dickson | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **JAY MALSKOFF**<br>*Individually and on behalf of all others* | represented by | **CHRISTOPHER L. AYERS**<br>SEEGER WEISS LLP<br>55 Challenger Road<br>6th Floor<br>Ridgefield Park, NJ 07660<br>973–639–9100<br>Email: cayers@seegerweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**CHRISTOPHER A. SEEGER**<br>SEEGER WEISS LLP<br>55 CHALLENGER ROAD<br>6TH FLOOR<br>RIDGEFIELD PARK, NJ 07660<br>973–639–9100<br>Fax: 973–639–9393<br>Email: cseeger@seegerweiss.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JAMES E. CECCHI**<br>CARELLA BYRNE CECCHI OLSTEIN<br>BRODY & AGNELLO, P.C.<br>5 BECKER FARM ROAD<br>ROSELAND, NJ 07068<br>(973) 994–1700<br>Fax: (973) 994–1744<br>Email: jcecchi@carellabyrne.com<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **KENNETH IRVINE**<br>*Individually and on behalf of all others* | represented by | **CHRISTOPHER L. AYERS**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**CHRISTOPHER A. SEEGER**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**JAMES E. CECCHI**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

FACEBOOK, INC.                     represented by   **MARSHALL R. KING**
                                                    GIBSON, DUNN & CRUTCHER LLP
                                                    200 PARK AVENUE
                                                    NEW YORK, NY 10166
                                                    (212) 351−4000
                                                    Email: mking@gibsondunn.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

CAMBRIDGE ANALYTICA

**Defendant**

CAMBRIDGE ANALYTICA (UK) LTD.

**Defendant**

CAMBRIDGE ANALYTICA LLC

**Defendant**

ROBERT MERCER

**Defendant**

ALEKSANDR KOGAN

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2018 | Ï 1 | COMPLAINT against All Defendants ( Filing and Admin fee $ 400 receipt number 0312−8586732) with JURY DEMAND, filed by JAY MALSKOFF, KENNETH IRVINE. (Attachments: # 1 Civil Cover Sheet)(CECCHI, JAMES) (Entered: 03/27/2018) |
| 03/28/2018 | Ï | Case assigned to Judge Esther Salas and Magistrate Judge Joseph A. Dickson. (jr) (Entered: 03/28/2018) |
| 03/28/2018 | Ï 2 | SUMMONS ISSUED as to CAMBRIDGE ANALYTICA, CAMBRIDGE ANALYTICA (UK) LTD., CAMBRIDGE ANALYTICA LLC, FACEBOOK, INC., ALEKSANDR KOGAN, ROBERT MERCER Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *Donato Marucci* (dam, ) (Entered: 03/28/2018) |
| 04/30/2018 | Ï | Documents Received Sent to MDL Panel RE: Motion to Transfer case to MDL 2843. (ld, ) (Entered: 05/02/2018) |

| | | |
|---|---|---|
| 05/10/2018 | Ï 3 | NOTICE of Appearance by MARSHALL R. KING on behalf of FACEBOOK, INC. (KING, MARSHALL) (Entered: 05/10/2018) |
| 05/10/2018 | Ï 4 | Letter from Marshall R. King to Hon. Joseph A. Dickson, USMJ enclosing Pro Hac Vice Applications. (Attachments: # 1 Certification of Marshall R. King, # 2 Certification of Orin Snyder, # 3 Certification of Joshua S. Lipshutz, # 4 Certification of Kristin Andrea Linsley, # 5 Certification of Brian M. Lutz, # 6 Text of Proposed Order)(KING, MARSHALL) (Entered: 05/10/2018) |
| 05/11/2018 | Ï 5 | NOTICE of Appearance by CHRISTOPHER L. AYERS on behalf of KENNETH IRVINE, JAY MALSKOFF (AYERS, CHRISTOPHER) (Entered: 05/11/2018) |
| 05/11/2018 | Ï 6 | SUMMONS Returned Executed by JAY MALSKOFF, KENNETH IRVINE. FACEBOOK, INC. served on 5/3/2018, answer due 5/24/2018. (AYERS, CHRISTOPHER) (Entered: 05/11/2018) |
| 05/11/2018 | Ï 7 | SUMMONS Returned Executed by JAY MALSKOFF, KENNETH IRVINE. CAMBRIDGE ANALYTICA LLC served on 5/3/2018, answer due 5/24/2018. (AYERS, CHRISTOPHER) (Entered: 05/11/2018) |
| 05/11/2018 | Ï 8 | SUMMONS Returned Executed by JAY MALSKOFF, KENNETH IRVINE. CAMBRIDGE ANALYTICA (UK) LTD. served on 5/3/2018, answer due 5/24/2018. (AYERS, CHRISTOPHER) (Entered: 05/11/2018) |
| 05/11/2018 | Ï 9 | SUMMONS Returned Executed by JAY MALSKOFF, KENNETH IRVINE. CAMBRIDGE ANALYTICA served on 5/3/2018, answer due 5/24/2018. (AYERS, CHRISTOPHER) (Entered: 05/11/2018) |
| 05/14/2018 | Ï 10 | ORDER granting 4 Pro Hac Vice Admission as to Kristen Andrea Linsley, Joshua S. Lipshutz, Orin Snyder, and Brian M. Lutz; and it is ORDERED that each pro hac vice attorney shall make payment to the Clerk of the Court in the amount of $150.00; etc. Signed by Magistrate Judge Joseph A. Dickson on 05/14/2018. (sms) (Entered: 05/14/2018) |
| 05/15/2018 | Ï 11 | STIPULATION *and Proposed Order to Stay* by FACEBOOK, INC.. (KING, MARSHALL) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 12 | Notice of Request by Pro Hac Vice Orin Snyder to receive Notices of Electronic Filings. (KING, MARSHALL) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 13 | Notice of Request by Pro Hac Vice Joshua S. Lipshutz to receive Notices of Electronic Filings. (KING, MARSHALL) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 14 | Notice of Request by Pro Hac Vice Kristin A. Linsley to receive Notices of Electronic Filings. (KING, MARSHALL) (Entered: 05/15/2018) |
| 05/15/2018 | Ï 15 | Notice of Request by Pro Hac Vice Brian M. Lutz to receive Notices of Electronic Filings. (KING, MARSHALL) (Entered: 05/15/2018) |
| 05/16/2018 | Ï | Pro Hac Vice counsel, ORIN SNYDER, JOSHUA S. LIPSHUTZ, KRISTIN A. LINSLEY and BRIAN M. LUTZ, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (sms) (Entered: 05/16/2018) |
| 05/16/2018 | Ï | Pro Hac Vice fee, as to Joshua S. Lipshutz: $ 150, receipt number NEW036396. (sms) (Entered: 05/16/2018) |
| 05/16/2018 | Ï | Pro Hac Vice fee, Orin Snyder: $ 150, receipt number NEW036401. (sms) (Entered: 05/16/2018) |
| 05/16/2018 | Ï | Pro Hac Vice fee, as to Kristin Andrea Linsley: $ 150, receipt number NEW036399. (sms) (Entered: 05/16/2018) |

| 05/16/2018 | ï | Pro Hac Vice fee, as to Brian M. Lutz: $ 150, receipt number NEW036405 (sms) (Entered: 05/16/2018) |
|---|---|---|
| 05/16/2018 | ï 16 | STIPULATION AND ORDER, it is hereby agreed that this action is stayed until a decision is issued from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer file in MDL No. 2843, at which point the parties will meet and confer regarding deadlines to respond to Plaintiff's complaint. Signed by Magistrate Judge Joseph A. Dickson 05/16/2018. (sms) (Entered: 05/16/2018) |
| 05/18/2018 | ï 17 | SUGGESTION OF BANKRUPTCY Upon the Record as to Cambridge Analytica LLC *filed* by FACEBOOK, INC.. (KING, MARSHALL) (Entered: 05/18/2018) |
| 05/23/2018 | ï 18 | NOTICE of Appearance by CHRISTOPHER A. SEEGER on behalf of KENNETH IRVINE, JAY MALSKOFF (SEEGER, CHRISTOPHER) (Entered: 05/23/2018) |
| 06/07/2018 | ï 19 | Order of MDL Panel transferring case to the Northern District of California.(Initial Transfer Order – MDL 2843 – Judge Vince Chhabria)(gh, ) (Entered: 06/07/2018) |