1  Stephen A. Weiss (*pro hac vice*)
   SEEGER WEISS LLP
2  77 Water Street, 8th Fl.
   New York, NY 10005
3  Telephone:  (212) 584-0700
   Facsimile:  (212) 584-0799
4

5  *Attorneys for Plaintiffs Jay Malskoff and Kenneth Irvine*

6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: FACEBOOK, INC. CONSUMER PRIVACY USER PROFILE LITIGATION | MDL 2843 |
|---|---|
| | Case No. 3:18-md-2843-VC |
| This document relates to: | **NOTICE OF APPEARANCE OF STEPHEN A. WEISS** |
| *Malskoff, et al. v. Facebook, Inc., et al.*, Case No. 3:18-cv-3393 | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Stephen A. Weiss of the law firm Seeger Weiss LLP hereby appears on behalf of Plaintiffs Jay Malskoff and Kenneth Irvine in this action[1].  Mr. Weiss is a member in good standing of the State Bar of New York and the United States District Courts for the Southern, Eastern and Northern Districts of New York.

   The undersigned respectfully requests to be included via e-mail on the Court's notifications of all electronic filings in this action.  Mr. Weiss' contact information is as follows:

Stephen A. Weiss
**Seeger Weiss LLP**
77 Water St., 8th Fl.,
New York, NY 10005
Telephone:  (212) 584-0700
Facsimile:  (212) 584-0799
Email: sweiss@seegerweiss.com

---

[1] Plaintiffs Jay Malskoff and Kenneth Irvine filed their action, *Malskoff, et al. v. Facebook, Inc., et al.*, 3:18-cv-3393 on March 27, 2018.

1
NOTICE OF APPEARANCE OF STEPHEN A. WEISS

| | | |
|---|---|---|
| 1 | Dated: July 11, 2018 | Respectfully Submitted, |
| 2 | | */s/ Stephen A. Weiss* |
| | | Stephen A. Weiss |
| 3 | | Seeger Weiss LLP |
| | | 77 Water St., 8th Fl. |

Dated:  July 11, 2018

Respectfully Submitted,

*/s/ Stephen A. Weiss*
Stephen A. Weiss
Seeger Weiss LLP
77 Water St., 8th Fl.
New York, NY 10005
Telephone: (212) 584-0700
Facsimile:  (212) 584-0799
Email: sweiss@seegerweiss.com

*Attorney for Plaintiffs Jay Malskoff and Kenneth Irvine*

2

NOTICE OF APPEARANCE OF STEPHEN A. WEISS