IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. FREITAS,<br><br>   Plaintiff,<br><br> v.<br><br>BANK OF AMERICA N.A.,<br><br>   Defendant. | No. C 19-03347 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

 Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William Alsup for consideration of whether the case is related to *Freitas v. Clear Recon Corp., et al.*, Case No. 18-cv-03393-WHA.

 **IT IS SO ORDERED.**

Dated: June 14, 2019

                    JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE