|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JOHN B. FREITAS,<br><br>        Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendants. | Case No.:4:19-cv-03347 :  (JSW)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 6/14/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

John B. Freitas
36549 Cedar Blvd.
Newark, CA 94560

Dated: 6/14/2019

<< Clerk of Court >>
Clerk, United States District Court

By:_____
Jennifer Ottolini, Deputy Clerk to
the Honorable Jeffrey S. White